1  J.T. WELLS BLAXTER (SBN 190222)
   wblaxter@blaxterlaw.com
2  BRIAN R. BLACKMAN (SBN 196996)
   bblackman@blaxterlaw.com
3  DAVID P. ADAMS (SBN 312003)
   dadams@blaxterlaw.com
4  BLAXTER | BLACKMAN LLP
   601 Montgomery Street, Suite 1110
5  San Francisco, California 94111
   Telephone: (415) 500-7700
6  Facsimile: (415) 766-4255

7  Attorneys for Plaintiff
   MG RESTAURANTS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG RESTAURANTS, INC., d/b/a Mixt, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PICNIC DELIVERY LLC, d/b/a Picnic and trypicnic.com, a Delaware limited liability company; RESTAURANT TECHNOLOGY SOLUTIONS LLC, d/b/a Otter and tryotter.com, a Delaware limited liability corporation; WIRED UP SOLUTIONS, LLC, a Delaware limited liability company, inclusive,<br>            Defendants. | Case No. 3:24-cv-08794-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBMIT ACTION TO ARBITRATION AND STAY PROCEEDINGS**<br><br>The Honorable Donna M. Ryu<br><br>Complaint Filed: December 5, 2024<br>Trial Date: None |

Plaintiff MG Restaurants, Inc., d/b/a Mixt ("Plaintiff" or "Mixt") and defendants Picnic Delivery LLC, Restaurant Technology Solutions, LLC, and Wired Up Solutions LLC ("Defendants"; collectively with Plaintiff the "Parties"), by and through their respective counsel of record, hereby submit this stipulation to stay this action pending arbitration based on the following facts:

1. On December 5, 2024, Mixt filed its Complaint in the above-captioned matter for 1) trademark infringement under 15 U.S.C. § 1114; 2) false designation of origin and unfair competition under 15 U.S.C. § 1125(a); 3) false advertising under 15 U.S.C. § 1125(a); 4) trademark infringement and unfair competition under California common law; 5) unfair competition under California Business & Professions Code §§ 17200, *et seq*. ("UCL"); 6) false advertising under California Business & Professions Code §§ 17500, *et seq*. ("FAL"); and 7) breach of contract (the "Action").  *See* ECF No. 1.

2. On January 14, 2025, Defendants moved to dismiss this Action and compel arbitration in accordance with the Terms of Use posted on Mixt's website (the "Terms").  *See* ECF No. 10.

3. All Parties have consented to Magistrate Judge Donna M. Ryu conducting all further proceedings in this Action.  *See* ECF Nos. 13-14.

4. After meeting and conferring, Plaintiff has agreed to submit its claims and disputes in this Action to binding arbitration pursuant to the Terms.

5. The Parties further agree, subject to the approval of the Court, to stay proceedings in this Action, pending the outcome of the arbitration, pursuant to 9 U.S.C. section 3.

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties that:

a. Plaintiff shall submit its claims and dispute to binding arbitration in accordance with the Terms;

b. Defendants' pending Motion to Dismiss (ECF No. 10) set for hearing on April 10, 2025, at 1:00 P.M. in Courtroom 4 is therefore moot and should be taken off calendar;

  c. The Action shall be stayed in accordance with 9 U.S.C. section 3 pending resolution of the arbitration;

  d. Plaintiff will file for arbitration within 30 days of the Court staying this Action;

  e. The Parties shall file a Joint Status Report within ten days following the issuance of an order by the arbitrator;

  f. Should the Arbitrator determine any matter to be not arbitrable, the Parties will return to this Court to resolve the same.

  IT IS SO STIPULATED.

Dated: January 28, 2025     BLAXTER | BLACKMAN LLP

           By */s/ Brian R. Blackman*
             J.T. WELLS BLAXTER
             BRIAN R. BLACKMAN
           Attorneys for Plaintiff MG RESTAURANTS, INC., d/b/a MIXT

Dated: January 28, 2025

           By */s/ Anthony J. DiBenedetto*
             ANTHONY J. DIBENEDETTO
             JAMIE R. NAZEMI TABRIZI
          Attorneys for Defendants PICNIC DELIVERY LLC, RESTAURANT TECHNOLOGY SOLUTIONS, LLC, and WIRED UP SOLUTIONS LLC

## **ATTESTATION**

  I, Brian R. Blackman, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO SUBMIT ACTION TO ARBITRATION AND STAY PROCEEDINGS.  In compliance with Civil L.R. 5-1(i)(3), I attest that Anthony J. DiBenedetto has concurred in this filing.

               */s/ Brian R. Blackman*
               BRIAN R. BLACKMAN

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' stipulation, and good cause appearing, HEREBY ORDERS THAT:

1. Plaintiff shall submit its claims and disputes to binding arbitration in accordance with Mixt's Terms of Use;

2. Defendants' pending Motion to Dismiss is therefore moot and the hearing set for April 10, 2025, at 1:00 P.M. in Courtroom 4 is vacated;

3. The Court stays all proceedings in this Action pending resolution of the arbitration;

4. Plaintiff will file for arbitration within 30 days of the entry of this Order;

5. The Parties shall file a Joint Status Report within ten days following the issuance of an order by the arbitrator;

6. Should the Arbitrator determine any matter to be not arbitrable, the Parties will return to this Court to resolve the same.

IT IS SO ORDERED.

DATE: January 28, 2025

_____
THE HONORABLE DONNA M. RYU
Chief Magistrate Judge